**Barbara Ann KELLY, Plaintiff-Appellant,**

**v.**

**Robert DAVIS, Seaside Community Development Corp., Seaside Community Reality Inc., Defendants-Appellees,**

**Doris Goldstein, Seaside I Homeowners Association Inc., et al., Defendants.**

**No. 15-15616**

United States Court of Appeals, Eleventh Circuit.

(March 1, 2017)

Deborah Brand Baum, Gerald Zingone, Pillsbury Winthrop Shaw Pittman, Washington, DC, Danny Richard Stengle, Dan R Stengle Attorney LLC—Tallahassee Fl, Tallahassee Fl, for Plaintiff-Appellant

Robert A. Emmanuel, Emmanuel Sheppard & Condon, PA, Pensacola, FL, for Defendants-Appellees

Before ED CARNES, Chief Judge, FAY and PARKER,* Circuit Judges.

PER CURIAM:

The lawsuit in this case borders on the frivolous, if it does not cross that border. For the reasons set out in the district court's orders granting summary judgment and the reasons emphasized by this Court during oral argument, we affirm the judgment of the district court in all respects.

**AFFIRMED.**

---

* Honorable Barrington D. Parker, Jr., United States Circuit Judge for the Second Circuit, sitting by designation.